IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GLENN VINSON,**
**#165214**                                                                                          **PLAINTIFF**

**V.**                          **CASE NO. 3:19-cv-222-KGB-BD**

**DOYLE RAMEY,** *et al*.                                                                    **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections**

This Recommendation has been sent to Judge Kristine G. Baker. Mr. Vinson may file written objections with the Clerk of Court if he disagrees with the findings or conclusions set out in the Recommendation. Objections should be specific and should include the factual or legal basis for the objection.

To be considered, objections must be filed within 14 days. If Mr. Vinson does not file objections, he risks waiving the right to appeal questions of fact. And, if no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.    Discussion**

Glenn Vinson filed this civil rights lawsuit without the help of a lawyer on August 9, 2019. (Docket entry #1) Plaintiffs, such as Mr. Vinson, who are not represented by counsel are required to keep the Court informed as to their current addresses. Local Rule 5.5. Otherwise, the Court has no way to communicate with them.

By order dated August 26, 2019, Mr. Vinson was directed to notify the Court of his current address within 30 days, after mail sent to him from the Court was returned as undeliverable. (#4) In the August 26 Order, Mr. Vinson was specifically warned that his claims could be dismissed if he failed to update his address within the time allowed. (#4) More than 30 days have passed since the August 26 Order was filed, and Mr. Vinson has not notified the Court of his current address.

### III. Conclusion

Mr. Vinson's claims should be DISMISSED, without prejudice, based on his failure to notify the Court of his current address, as required by court rules and the August 26 Order.

DATED this 30th day of September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE