## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GLENN VINSON**                                                    **PLAINTIFF**
**ADC # 165214**

**v.**                          Case No. **3:19-cv-00222-KGB-BD**

**DOYLE RAMEY,** *et al.*                                          **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 6). Plaintiff Glenn Vinson has filed no objections, and the time to file objections has passed. Additionally, the mail was returned undeliverable as to Mr. Vinson on October 16, 2019 (Dkt. No. 8). Local Rule of the United States District Court for the Eastern and Western Districts of Arkansas 5.5(c)(2) states that:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.

Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 6). The Court dismisses Mr. Vinson's claims without prejudice based on his failure to notify the Court of his current address, as required by Local Rule 5.5 and Judge Deere's August 26, 2019, Order (Dkt. No. 4).

It is so ordered this the 8th day of April, 2020.

_____
Kristine G. Baker
United States District Judge