IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GLENN VINSON** **PLAINTIFF**
**ADC # 165214**

v. Case No. 3:19-cv-00222-KGB-BD

**DOYLE RAMEY,** *et al.* **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Glenn Vinson's complaint is dismissed without prejudice.

So adjudged this the 8th day of April, 2020.

_____
Kristine G. Baker
United States District Judge